# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| **United States of America** <br><br> **Plaintiff** <br><br> vs. <br><br> **Stacie Linn Caldwell** <br> **Defendant.** | No. **4:20-cr-25** <br><br> **Defendant's Appeal of Detention Ruling** |

    COMES NOW the defendant and hereby appeals the July 23, 2021, magistrate judge's order denying her motion seeking to be continued on pre-trial release pending sentencing in this matter. In support of this appeal the defendant states as follows:

    1.  Sentencing hearing is scheduled for November 18, 2021.

    2.  After the Defendant's guilty plea in this matter, the Court allowed her to remain out of custody on a conditional basis allowing her to provide the court additional information and records regarding her medical condition. The Defendant had submitted prior to the guilty plea a Memorandum Regarding Detention Following Plea Hearing that contained information about the Defendant's medical condition and further testing that was being scheduled by her doctors (Docket #32)

    3. The Defendant subsequently submitted an Addendum to that Memorandum which contained additional medical information regarding the Defendant's ongoing medical care and testing (Docket #40)

    4. At the hearing regarding the issue of the Defendant's continued release pending sentencing held on July 23, 2021, the Court found that the Defendant's medical condition did not give rise to "exceptional reasons" for allowing the Defendant to continue pretrial release following her guilty plea and ordered her detained pending sentencing November 18, 2021.

5. In the order placing the Defendant in custody of the U.S. Marshal, the court stated that "The Court further expects the custodian to take reasonable steps to ensure, to the extent practicable, that the Defendant attend the medical appointments scheduled on October 12, 2021."

6. Defense counsel has consulted with the U.S. Marshal's office regarding this matter. The U.S. Marshal's office indicates that the Polk County Jail Medical Unit is required to assess the medical issue and then contact the U.S. Marshal's office who will then determine whether the recommended testing/treatment will be approved and transportation provided to same. The Defendant had medical coverage through Iowa Total Care which defense counsel believes to be Medicaid which is administered by Iowa Total Care. Inquiry is being made of this organization as to whether coverage will still be available due to the Defendant's incarceration. The U.S. Marshal's office indicated to defense counsel that their office is responsible for payment of any medical care while the defendant is in their custody.

7. Defense counsel has provided the Polk County Jail Medical Unit a copy of medical records concerning the Defendant's medical condition and contemplated treatment. There has been no response since those records were provided.

8. Defendant's family has been contacted by medical providers seeking to schedule a MRI test that would be done prior to the October 12, 2021 scheduled appointment. This test has not been scheduled due to the uncertainty regarding the Defendant's ability to attend.

9. The Defendant's medical condition and need for testing justifies a finding of "exceptional reasons" to allow continued release following her guilty plea. The

2

Defendant further states that she is concerned that no matter what effort she makes to obtain the medical testing needed, she will be unable to complete the testing which could reveal information about her medical condition that would be extremely relevant at her sentencing.

WHEREFORE the Defendant would request that this appeal be set for hearing and upon said hearing the Court reverse the magistrate judge's decision and order the Defendant released under the supervision of the U.S. Probation office with appropriate terms and conditions.

/s/ Gerald B. Feuerhelm
GERALD B. FEUERHELM
2155 NE 51st Place, Suite B
Des Moines, Iowa 50313
Tele: (515) 266-5552
Fax: (515) 528-7505
Email: jake@feuerhelmlaw.com
ATTORNEY FOR DEFENDANT

Copy to
United States Attorney
Southern District of Iowa
U.S. Courthouse, Suite 286
110 East Court Avenue
Des Moines, IA 50309-2053

**Certificate of Service**

I hereby certify that the above document was filed with the Clerk of Court for the United States District Court Southern District of Iowa using CM/ECF. This document was served upon all parties to the above cause by depositing the same in the U.S. Mail, postage pre-paid, to their respective mailing addresses disclosed on the pleadings or, in the event the party is represented by counsel, to their counsel; or notice of the filing of this instrument was sent by e-mail, via CM/ECF, to all parties on the service list who have registered to receive service by email over CM/ECF on August 5, 2021.

/s/ Gerald B. Feuerhelm