```
 1                  UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF IOWA
 2                       CENTRAL DIVISION

 3   _____
                                  )
     UNITED STATES OF AMERICA,     )
 4                                 )    CASE NO. 4:20-cr-25
              Plaintiff,           )
 5                                 )
        vs.                        )    TRANSCRIPT OF DETENTION
 6                                 )    HEARING PROCEEDINGS
                                   )
 7   STACIE LINN CALDWELL,         )
                                   )
 8            Defendant.           )
     _____
 9
                              COURTROOM 455, FOURTH FLOOR
10                            U.S. COURTHOUSE
                              123 East Walnut Street
11                            Des Moines, Iowa 50309
                              Monday, July 23, 2021
12                            11:57 a.m.

13


14   BEFORE:  THE HONORABLE STEPHEN H. LOCHER, MAGISTRATE JUDGE

15   APPEARANCES:

16   For the Plaintiff:        MARGARET STEINDORF
                               United States Attorney's Office
17                             U.S. Courthouse Annex
                               110 East Court Avenue, Suite 286
18                             Des Moines, IA 50309

19
     For the Defendant:        GERALD FEUERHELM
20                             Attorney at Law
                               2155 Northeast 51st Place, Suite B
21                             Des Moines, IA 50313

22

23
                    Chelsey Wheeler, CSR, RPR, FCRR
24                     United States Courthouse
                        123 East Walnut Street
25                      Des Moines, IA 50309
```

1                    P R O C E E D I N G S

2              (In open court with the defendant present.)

3              THE COURT:  Please be seated.

4              We are convened in Case No. 4:20-cr-0025,

5      United States versus Stacie Linn Caldwell.  The Government is

6      represented by Assistant United States Attorney Margaret Ann

7      Steindorf.  The defendant is present along with her attorney,

8      Gerald Feuerhelm.

9              The purpose of today's hearing is to continue a

10     discussion that we started on July 14 during Ms. Caldwell's

11     change of plea proceeding, and at that time, at the conclusion

12     of the hearing, an issue came up regarding the issue of

13     detention pending sentencing or release pending sentencing.

14             And at the time of that hearing, I had some medical

15     evidence, and I wanted more, relating to certain medical issues

16     or conditions that Ms. Caldwell has or may have that

17     potentially could have impacted the Court's determination as to

18     whether there were exceptional circumstances that would allow

19     her to remain on release pending sentencing.

20             Mr. Feuerhelm has now submitted additional materials,

21     which the Court appreciates and has reviewed.

22             Ms. Steindorf, I'm going to start with you.  Has the

23     Government had an opportunity to review the additional

24     materials submitted by Ms. Caldwell and her counsel?

25             MS. STEINDORF:  Yes, Your Honor.

1          THE COURT:  And what is the Government's position with

2     respect to detention?

3          MS. STEINDORF:  The Government continues to request

4     detention pursuant to the mandatory detention statute.

5          THE COURT:  Thank you, Ms. Steindorf.  You may be

6     seated.

7          Mr. Feuerhelm, I would welcome any record you wish to

8     make on the issue of detention and whether there are

9     exceptional circumstances here.

10         MR. FEUERHELM:  Thank you, Your Honor.

11         Your Honor, the additional materials we submitted, the

12    most substantive consists of Dr. Puricelli, P-u-r-i-c-e-l-l-i,

13    his report following an evaluation that he conducted with

14    Stacie on April 19 of this year.  And as is indicated on page 4

15    of that report, he assesses it as memory difficulty and a

16    history of meningitis, and then at the bottom of the page, the

17    plan was to obtain laboratory studies to exclude treatable

18    causes for forgetfulness and that neuropsychological testing

19    would be done, including an MRI of the brain.

20         That then -- I believe there's documentation that this

21    memory testing is scheduled for October 12, 2021, with

22    Dr. David Paul, and an MRI, if not done previously, would be

23    conducted in conjunction with that memory testing.

24         I also was told by Stacie this morning that she

25    consulted with Dr. Puricelli's office yesterday and was assured

1  that Dr. Puricelli, once again, had contacted her health

2  insurance carrier for approval of this MRI testing that is

3  necessary for this memory testing scheduled for October 12.

4         Obviously, Dr. Puricelli is not saying that she has

5  encephalitis.  There's the need to assess that.  I included

6  some information from John Hopkins that I just obtained online

7  describing encephalitis and its negative effects that it has on

8  the body.

9         My argument to you, Your Honor, that these are

10 exceptional circumstances is that this is a concerning

11 situation where Dr. Puricelli questions whether or not there

12 may be involvement of the temporal lobe in these memory issues,

13 which could be complicated by encephalitis if, in fact, that is

14 what she has suffered from.

15        If she goes into custody now and remains there until

16 her sentencing, I believe, in November, then unless she can get

17 that testing done, which I have some significant concerns about

18 being able to accomplish this testing on October 12, then she

19 would remain in custody in the Polk County Jail until

20 sentencing, get sentenced, and go into the custody of the

21 Bureau of Prisons still without any testing to assess this

22 rather concerning situation and the symptoms that she's having,

23 whereas if she was out of custody and allowed to follow this

24 recommended treatment assessment protocol that's been

25 recommended by Dr. Puricelli, then we would at least have in

1  the presentence report information that would pass on, then, to

2  the Bureau of Prisons and perhaps and hopefully make for more

3  appropriate choices by the Bureau of Prisons as to place of

4  confinement and medical care that's not always consistent from

5  one place to another within the Bureau of Prisons.

6          So I think those circumstances are different, unusual,

7  and exceptional to the person who is normally pleading guilty

8  to a drug charge that mandates going into custody absent those

9  exceptional circumstances, and we would urge the Court to find

10 that this particular set of circumstances are those extenuating

11 ones.

12         Thank you.

13         THE COURT:  Thank you, Mr. Feuerhelm.

14         Ms. Steindorf, any response to that?

15         MS. STEINDORF:  No, Your Honor.  Thank you.

16         THE COURT:  Ms. Caldwell, here's the issue that I

17 have.  Under 18, United States Code, Section 3143(a), I am

18 obligated to detain you pending sentencing unless you clearly

19 establish exceptional circumstances that would warrant you

20 remaining out on release.

21         It's a very high standard to meet, and the Eighth

22 Circuit has interpreted it particularly narrowly in authority

23 that I am obligated to follow.  It is possible that medical

24 conditions in some circumstances would rise to the level of

25 exceptional circumstances, but there is usually a level of

1 urgency that is above what we have present here.

2      And I'm also mindful of the fact that this is a charge

3 that you have pled guilty to that carries a mandatory minimum

4 sentence of at least ten years of imprisonment.  Now, there are

5 certain scenarios in which that mandatory minimum might not

6 apply, but whether those exceptions apply or not is up to Judge

7 Ebinger, not to me.

8      For now, for present purposes, a mandatory minimum

9 sentence of ten years is the only information I have in terms

10 of what ultimately you are going to be governed by when it

11 comes time for your sentencing to apply.

12      So in a situation where mandatory detention applies

13 under 3143(a) and there is a mandatory minimum that is

14 applicable to your case, I am just not satisfied that

15 exceptional circumstances have been shown here that would allow

16 me to keep you on release pending sentencing.

17      Instead, I am going to order you detained in the

18 custody of the United States Marshal, or any other authorized

19 officer, pending sentencing in this matter.  The custodian must

20 bring you to sentencing and any other hearings or proceedings

21 which may be scheduled in this matter.

22      I'm also going to order that the custodian must do

23 their reasonable best to ensure that you get to your

24 appointment on October 12, 2021, at MercyOne Neuropsychology.

25 I agree with Mr. Feuerhelm that the results of that appointment

1    could end up being relevant and important to Judge Ebinger when

2    it comes time to make a final sentencing decision in your case,

3    and it could be relevant to the Bureau of Prisons in terms of

4    placement.

5              So I will state on the record that the United States

6    Marshal or other custodian is expected to make sure you get to

7    that appointment on October 12 of 2021.

8              But in the main, I am ordering that you be detained in

9    the custody of the United States Marshal or other custodian

10   pending sentencing because that is what the statute obligates

11   me to do in circumstances like those present here.

12             Ms. Steindorf, anything else on behalf of the

13   Government that you wish to cover today?

14             MS. STEINDORF:  No, Your Honor.

15             THE COURT:  Mr. Feuerhelm, anything else?

16             MR. FEUERHELM:  Nothing further, Your Honor.  Thank

17   you.

18             THE COURT:  We are adjourned.  Thank you.

19             (The hearing concluded at 12:07 p.m.)

20

21

22

23

24

25

CERTIFICATE

1

2          I, Chelsey Wheeler, a Certified Shorthand Reporter of

3    the State of Iowa and Federal Official Realtime Court Reporter

4    in and for the United States District Court for the Southern

5    District of Iowa, do hereby certify, pursuant to Title 28,

6    United States Code, Section 753, that the foregoing is a true

7    and correct transcript of the stenographically reported

8    proceedings held in the above-titled matter and that the

9    transcript page format is in conformance with the regulation of

10   the Judicial Conference of the United States.

11          DATED this 5th day of August, 2021.

12

13          /s/*Chelsey Wheeler*

14          Chelsey Wheeler
            Certified Shorthand Reporter
15

16

17

18

19

20

21

22

23

24

25